UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEO CHULIYA LTD<br><br>d/b/a Fantasy Cuisine Co.,<br><br>Post Confirmation Debtor. | Chapter 11<br>Case No.: 24-bk-22563<br><br>Sub Chapter V |
| BIN WANG, YAN QIU ZHANG, and<br>TROY LAW, PLLC,<br><br>Plaintiffs,<br>v.<br><br>LEO CHULIYA LTD d/b/a<br>Fantasy Cuisine Co.,<br><br>Defendant. | Adv. Pro. No. 24-07023 |
| In re:<br>CHIA-HUNG CHU a/k/a Austin Chu<br>a/k/a Chiahung Chu a/k/a Chia Hung Chu,<br><br>Post Confirmation Debtor. | Chapter 11<br>Case No.: 24-bk-22574<br><br>Sub Chapter V |
| BIN WANG, YAN QIU ZHANG, and<br>TROY LAW, PLLC,<br>Plaintiffs,<br><br>v.<br><br>CHIA-HUNG CHU a/k/a Austin Chu<br>a/k/a Chiahung Chu a/k/a Chia Hung Chu,<br><br>Defendant. | Adv. Pro. No. 24-ap-07024 |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN DEBTORS AND BIN WANG, YAN QIU ZHANG AND TROY LAW, PLLC**

Upon the motion [Dkt. __] (the "Motion") of Leo Chuliya, Ltd. d/b/a Fantasy Cuisine and Chia-Hung Chu., post-confirmation debtors in the above-captioned chapter 11 case (the "Debtors"), by their attorneys, Penachio Malara LLP, for entry of an order pursuant to Rule 9019(b) of the Federal Rules of Bankruptcy Procedure approving the Debtor's entry into the

settlement agreement, a copy of which is attached as Exhibit A hereto (the "Settlement Agreement") by and among the Debtor and Bin Wang, Yan Qiu Zhang and Troy Law PLLC.; and it appearing that the Court has jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given, as reflected in the Certificate of Service filed as Dkt. No. ___; and it appearing that no other or further notice need be provided; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on December 2, 2026; and after due deliberation, it appearing that the Settlement Agreement was negotiated at arm's-length and in good faith and is fair and equitable; and it further appearing that the proposed settlement is a proper exercise of the Debtor's judgment in light of the risks, costs and delays of continued litigation and is in the best interests of the Debtor's estate and the creditors therein; and good cause appearing therefore; it is hereby;

**ORDERED** that:

1. The Motion is granted as set forth herein.

2. The Settlement Agreement is approved, and the parties to the Settlement Agreement are authorized to take all necessary actions to perform it according to its terms.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: White Plains, New York
December ___, 2026

______________________________
Honorable Shireen A. Barday
United States Bankruptcy Judge